IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AMERICAN SOUTHERN INSURANCE COMPANY, <br> Plaintiff, | * <br> * <br> * | |
| v. | * | CASE NO.: 17-00385-CG-N |
| PEAVY CONSTRUCTION COMPANY, INC., JOHN R. PEAVY, AND KATHLEEN PEAVY Individually, Separately and Severally, <br> Defendants. | * <br> * <br> * | |

## AMENDED COMPLAINT

The Plaintiff, American Southern Insurance Company ("American") files this its amended complaint to correct certain non-substantive omissions and typographical errors in the original Complaint against the Defendants, Peavy Construction Company, Inc., John R. Peavy, and Kathleen Peavy as follows:

## PARTIES

1. The Plaintiff, American is a corporation organized and existing under the laws of the State of Kansas with its principal place of business in Atlanta, GA and which at all times relevant hereto was authorized to do and doing business in the State of Alabama.

2. The Defendant, Peavy Construction Company, Inc. is a domestic Alabama corporation with its principal place of business in Mobile County, Alabama.

3. The Defendant, John R. Peavy is an adult resident citizen of Mobile County, Alabama.

4. The Defendant, Kathleen Peavy is an adult resident citizen of Mobile County, Alabama.

## JURISDICTION AND VENUE

5. Diversity jurisdiction exists in this case pursuant to 28 USC §1332(a)(1) in that there is complete diversity of citizenship between the Plaintiff and all Defendants and the amount in controversy in this action exceeds $75,000.00 exclusive of interest and costs.

6. Venue is proper in the Southern District of Alabama as the Defendants either maintain their principal place of business or residence in Mobile County, Alabama.

## ALLEGATIONS

7. On or about March 1, 2013, John R. Peavy, as the President of Peavy Construction Company, Inc., John R. Peavy, individually, and Kathleen Peavy, individually, executed a General Agreement of Indemnity in favor of American as a condition precedent to American issuing performance and payment bonds on construction projects undertaken by Peavy Construction Company, Inc. (Attached hereto as Ex. A.)

8. After the Defendants execution of the General Agreement of Indemnity, American issued payment and performance bonds nos. 61154, 61168, 61176, 61876, 61880, and 61894 naming Peavy Construction Company, Inc. as Principal for construction projects to be completed by Peavy Construction Company, Inc.

9. American was required to fulfill its contractual obligations by paying two payment bond claims made against payment bond no. 61154. On or about July 7, 2014 and September 23, 2014 American was called on to satisfy the payment bond claim of Peavy Construction, Inc. subcontractor Maccaferri, Inc. in the amount of $14,198.96 and Peavy Construction, Inc. material supplier ACME Barricades in the amount of $3,893.49.

10. American was required to fulfill its contractual obligations by paying two payment bond claims made against payment bond no. 61168. On or about May 11, 2014 and September 18, 2014 American was called on to satisfy the payment bond claims of Peavy Construction, Inc. material supplier Protection Services, Inc. in the amount of $8,767.75 and Peavy Construction, Inc. subcontractor Peek Pavement Marking, LLC in the amount of $2,607.50.

11. American was required to fulfill its contractual obligations by paying six payment bond claims made against payment bond no 61176. On or about September 18, 2014 and January 15, 2015 American was called on to satisfy the payment bond claims of Peavy Construction, Inc. subcontractor Peek Pavement Marking, LLC in the amount of $2,360.75 and Peavy Construction, Inc. material supplier Bay Enterprises d.b.a. Bay Concrete in the amount of $35,200.28. On or about June 30, 2015 American was called on to satisfy the payment bond claims of Peavy Construction, Inc. equipment and material suppliers Midway Materials, Inc. in the amount of $902.19 and B&B Trucking Equipment Co., Inc. in the amount of $7,307.26. On or about May 5, 2016 and May 11, 2016 American was called on to satisfy the payment bond claims of Peavy Construction Company, Inc. material suppliers Tinsely Supply Company, Inc. in the amount of $937.50 and Protection Services, Inc. in amount of $6,588.00.

12. American was required to fulfill its contractual obligations by paying a payment bond claim made against payment bond no. 61876. On or about August 19, 2014 American was called on to satisfy the payment bond claim of Peavy Construction Company, Inc. subcontractor Break-N-Ground, LLC. in the amount of $47,230.91.

13. American was required to fulfill its contractual obligations by paying two payment bond claims made against payment bond no. 61880. On or about January 30, 2015 and

February 26, 2015 American was called on to satisfy the payment bond claims of Peavy Construction Company, Inc. material and equipment suppliers Gulf Hauling and Construction, Inc. in the amount of $964.43 and Bay Enterprises d.b.a. Bay Concrete in the amount of $53,945.78. Also, American was called on to fulfill its contractual obligations under performance bond no. 61880 made by the City of Mobile, Alabama by making payment to completion contractor on the project, Chris Brewer Contracting, Inc. in the amount of $73,072.38.

14. American was required to fulfill its contractual obligations by paying two payment bond claims made against payment bond no. 61894. On or about December 10, 2014 and January 28, 2015 American was called on to satisfy the payment bond claims of Peavy Construction Company, Inc. subcontractor Bay Area Contracting, Inc. in the amount of $7,400.00 and material/equipment supplier Gulf Hauling and Construction, Inc. in the amount of $340.42.

15. In fulfilling its performance and payment bond obligations under the above listed bonds, American has expended the sum of $267,690.01. In addition, American has incurred and will continue to incur costs, expenses and attorneys' fees in and about the prosecution of this action.

## COUNT I

### CLAIM FOR COMMON LAW INDEMNITY

16. The Plaintiff, American reaffirms, realleges and incorporates herein by reference all previous allegations of its complaint as if fully set forth herein.

17. The Plaintiff, American, as Surety, having paid claims and completed construction pursuant to its payment and performance bond obligations, is entitled, under the

common law of the State of Alabama to full and complete indemnity from its Principal, Peavy Construction Company, Inc.

WHEREFORE, the Plaintiff, American demands judgment against the Defendant, Peavy Construction Company, Inc. for $267,690.01 plus interest, costs and attorneys' fees.

## COUNT II

### CLAIM FOR STATUTORY INDEMNITY

18. The Plaintiff, American reaffirms, realleges and incorporates herein by reference all previous allegations of its complaint as if fully set forth herein.

19. The Surety, American, having paid debts of its Principal, Peavy Construction Company, Inc., is entitled to be substituted for the creditors and is subrogated to all rights and remedies against Peavy Construction Company, Inc., pursuant to Alabama Statute §8-3-2 and §8-3-5.

WHEREFORE, the Plaintiff, American demands judgment against Peavy Construction Company, Inc. in the amount of $267,690.01 plus interest, costs and attorneys' fees.

## COUNT III

### CLAIM FOR CONTRACTUAL INDEMNITY

20. The Plaintiff, American reaffirms, realleges and incorporates herein by reference all previous allegations of its complaint as if fully set forth herein.

21. Pursuant to the General Agreement of Indemnity executed by the Defendants in their individual and official capacity they agreed to:

"indemnify and save harmless Surety from and against any and all liability, loss, costs, damages or expenses of whatever nature or kind and arising out of or in any way connected with such bonds, including but not limited to fees of attorneys and other expenses, cost and fees of investigation, adjustment of claims, procuring or attempting to procure the discharge of such bonds and attempting to recover losses or expenses from indemnitors or third parties, whether the Surety shall have paid or incurred same, as aforesaid."

22. American has sustained a loss by virtue of having issued bonds on behalf of Peavy Construction Company, Inc.; paid claims of unpaid subcontractors, materialmen or suppliers on all projects under the payment bonds; and by having paid for the completion of the project under performance bond no. 61880 in the total amount of $266,752.51. In addition, American has incurred and will continue to incur costs, expenses and attorneys' fees in connection with having issued the aforementioned bonds and in the prosecution of this action.

WHEREFORE, the Plaintiff, American demands judgment against Defendants, Peavy Construction Company, Inc., John Peavy and Kathleen Peavy individually, separately and severally in the amount of $267,690.01 plus interest, costs and attorneys' fees incurred in this action.

Dated the 16th day of March, 2018.

WRIGHT GREEN, P.C.
Attorneys for Plaintiff,
American Southern Insurance Company

/s/ James P. Green
JAMES P. GREEN           (ASB-8808-N57J)

/s/ Brian W. Miller
BRIAN W. MILLER          (ASB-9427-R59B)
Post Office Box 16818
Mobile, AL 36616-0818
(251) 344-7744   Telephone
(251) 343-9629   Fax

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 16th day of March, 2018, served a copy of the foregoing pleading by depositing same in the **United States Mail**, properly addressed and first-class postage prepaid as follows:

>John R. Peavy
>1401 E. Alicia Drive
>Mobile, AL 36618
>
>Kathleen Peavy
>1401 E. Alicia Drive
>Mobile, AL 36618
>
>Peavy Construction Company
>c/o John R. Peavy, President
>1401 E. Alicia Drive
>Mobile, AL 36618
>
> /s/ Brian W. Miller
>BRIAN W. MILLER