## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN SOUTHERN INSURANCE COMPANY | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 17-0385-CG-N ) |
| PEAVY CONSTRUCTION COMPANY, INC., JOHN R. PEAVY, AND KATHLEEN PEAVY, Individually, Separately and Severally, | ) ) ) ) |
| Defendants. | |

## JUDGMENT

In accordance with the Court's Order of April 12, 2019, granting Plaintiff's motion for summary judgment and the Order entered this date awarding attorneys' fees in the amount of $28,070.12, Plaintiff is awarded a total of $294,786.63 plus any post judgment interest permitted by law. It is hereby **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED.**

**DONE and ORDERED** this 4th day of June, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE